UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

KIMBERLY FAYE KUNNA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No: 11-15273

HONORABLE DENISE PAGE HOOD

## JUDGMENT

In accordance with the Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgment and dismissing the case;

Accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Kimberly Faye Kunna.

                              DAVID J. WEAVER
                              CLERK OF COURT

Approved:                            By: s/:Lashawn R. Saulsberry
                                       Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2012, by electronic and/or ordinary mail.

                        S/LaShawn R. Saulsberry
                        Case Manager