## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHER DIVISION

KIMBERLY FAYE KUNNA,

     Plaintiff,

                                           Case No: 11-15273

v.

                                         HONORABLE DENISE PAGE HOOD

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

### JUDGMENT

     In accordance with the Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgment and dismissing the case;

     Accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Kimberly Faye Kunna.


                                     DAVID J. WEAVER
                                     CLERK OF COURT

Approved:                          By: s/:Lashawn R. Saulsberry
                                   Deputy Clerk

s/Denise Page Hood_____
DENISE PAGE HOOD
United States District Judge

DATED:

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2012, by electronic and/or ordinary mail.

                               S/LaShawn R. Saulsberry_____
                               Case Manager